IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA CORRAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER'S INC., a Delaware Corporation; and THE WILLIAM CARTER COMPANY, a Massachusetts Corporation,<br><br>Defendants. | 1:13-CV-0262 AWI SKO<br><br>ORDER VACATING JUNE 3, 2013 HEARING DATE AND TAKING MOTIONS UNDER SUBMISSION |

Defendants' motions to dismiss and strike have been set for hearing in this case on June 3, 2013. Plaintiffs have filed oppositions to Defendants' motions. The Court has reviewed the papers and has determined that these motions are suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 3, 2013 is VACATED and the parties shall not appear at that time. As of June 3, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 30, 2013

_____
SENIOR  DISTRICT  JUDGE