# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA CORRAL, individually and on behalf of all others similarly situated, | Case No.:       13-CV-00262-AWI-SKO |
| Plaintiff, | **ORDER GRANTING VOLUNTARY DISMISSAL** |
| v. | |
| CARTER'S INC., a Delaware Corporation; and THE WILLIAM CARTER COMPANY, a Massachusetts Corporation, | Honorable Anthony W. Ishii Courtroom 2, 8th Floor |
| Defendants. | Action Filed: February 21, 2013 |

The parties having stipulated, it is hereby ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   February 6, 2014     _____

SENIOR  DISTRICT  JUDGE

---

**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL**